Charles H. Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevalier@gibbonslaw.com

OF COUNSEL:

David I. Berl
Elise M. Baumgarten
Kevin Hoagland-Hanson
Rebecca A. Carter
Falicia Elenberg
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
ebaumgarten@wc.com
khoagland-hanson@wc.com
rebeccacarter@wc.com
felenberg@wc.com

*Counsel for Plaintiffs AstraZeneca Pharmaceuticals LP,
AstraZeneca UK Limited, Kudos Pharmaceutical Limited,
The University of Sheffield, and MSD International Business GmbH*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTREZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>SANDOZ INC.,<br><br>    *Defendant*. | Civil Action No. 3:24-641<br><br>**ASTRAZENECA UK LIMITED'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>*Document Filed Electronically* |

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Plaintiff AstraZeneca UK Limited hereby states that AstraZeneca PLC, a publicly-held company, is the ultimate parent company of AstraZeneca UK Limited.  No other publicly-held corporation owns 10% or more of the stock in AstraZeneca UK Limited.

Dated:  February 2, 2024

Respectfully Submitted by:

s/ Charles H. Chevalier
Charles H. Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevalier@gibbonslaw.com

OF COUNSEL:

David I. Berl
Elise M. Baumgarten
Kevin Hoagland-Hanson
Rebecca A. Carter
Falicia Elenberg
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
ebaumgarten@wc.com
khoagland-hanson@wc.com
rebeccacarter@wc.com
felenberg@wc.com

*Counsel for Plaintiffs AstraZeneca Pharmaceuticals LP,*
*AstraZeneca UK Limited, Kudos Pharmaceutical Limited,*
*The University of Sheffield, and*
*MSD International Business GmbH*