Charles H. Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevalier@gibbonslaw.com

OF COUNSEL:

David I. Berl
Elise M. Baumgarten
Kevin Hoagland-Hanson
Rebecca A. Carter
Falicia Elenberg
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
ebaumgarten@wc.com
khoagland-hanson@wc.com
rebeccacarter@wc.com
felenberg@wc.com

*Counsel for Plaintiffs AstraZeneca Pharmaceuticals LP,
AstraZeneca UK Limited, Kudos Pharmaceutical Limited,
The University of Sheffield, and MSD International Business GmbH*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTREZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>SANDOZ INC.,<br><br>　　　　*Defendant*. | Civil Action No. 3:24-641<br><br>**MSD INTERNATIONAL BUSINESS GMBH'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>*Document Filed Electronically* |

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Plaintiff MSD International Business GmbH hereby states that Merck Sharp & Dohme LLC., a publicly-held company, is the ultimate parent company of MSD International Business GmbH.  No other publicly-held corporation owns 10% or more of the stock in MSD International Business GmbH.

| | |
|---|---|
| Dated:  February 2, 2024 | Respectfully Submitted by: |
| | s/ Charles H. Chevalier <br> Charles H. Chevalier <br> GIBBONS P.C. <br> One Gateway Center <br> Newark, New Jersey 07102-5310 <br> (973) 596-4611 <br> cchevalier@gibbonslaw.com |
| | OF COUNSEL: |
| | David I. Berl <br> Elise M. Baumgarten <br> Kevin Hoagland-Hanson <br> Rebecca A. Carter <br> Falicia Elenberg <br> WILLIAMS & CONNOLLY LLP <br> 680 Maine Avenue SW <br> Washington, DC 20024 <br> (202) 434-5000 <br> dberl@wc.com <br> ebaumgarten@wc.com <br> khoagland-hanson@wc.com <br> rebeccacarter@wc.com <br> felenberg@wc.com |
| | *Counsel for Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, Kudos Pharmaceutical Limited, The University of Sheffield, and MSD International Business GmbH* |

2