UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATCO PHARMA LIMITED and NATCO PHARMA INC.,<br><br>*Defendants*. | Civil Action No. 3:23-796 (RK) (TJB) |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANDOZ INC.,<br><br>*Defendant*. | Civil Action No. 3:24-641 (RK) (TJB) |

Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, Kudos Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH (collectively, "Plaintiffs"), Defendants Natco Pharma Limited and Natco Pharma Inc. (collectively, "Natco"), and Defendant Sandoz Inc. ("Sandoz"), by and through their respective undersigned counsel, have agreed to the following stipulation, subject to the approval of the Court:

**WHEREAS**, the above-captioned actions, Civil Action Nos. 3:23-796 and 3:24-641, are currently pending in this Court and involve the same Plaintiffs, two of the same patents (U.S.

1

Patent Nos. 7,449,464 and 8,859,562), and the same active ingredient (*i.e.*, olaparib) in each of the Abbreviated New Drug Applications ("ANDA") and referenced New Drug Application for LYNPARZA® (olaparib) tablets;

**WHEREAS**, good cause exists to consolidate these actions for all pretrial purposes; and

**WHEREAS**, the parties agree that consolidation of the above-captioned actions for all pretrial purposes would promote judicial economy and conserve the Court's and the parties' time and resources.

**NOW THEREFORE**, it is hereby **STIPULATED and ORDERED** that Civil Action Nos. 3:23-796 and 3:24-641 are hereby consolidated for all pretrial purposes and that all papers common to this consolidated action be maintained in Civil Action No. 3:23-796.

**AGREED AND STIPULATED TO:**

| | |
|---|---|
| Dated: March 15, 2024 | Respectfully Submitted by: |
| */s/ Charles H. Chevalier* | */s/ James S. Richter* |
| Charles H. Chevalier | James S. Richter |
| **GIBBONS P.C.** | **MIDLIGE RICHTER LLC** |
| One Gateway Center | 645 Martinsville Road |
| Newark, New Jersey 07102-5310 | Basking Ridge, New Jersey 07920 |
| (973) 596-4611 | (908) 626-0622 |
| cchevalier@gibbonslaw.com | jrichter@midlige-richter.com |
| | |
| Of Counsel: | Of Counsel: |
| David I. Berl | Kevin E. Warner |
| Elise M. Baumgarten | William A. Rakoczy |
| Kevin Hoagland-Hanson | Paul J. Molino |
| Rebecca A. Carter | Greg L. Goldblatt |
| Falicia Elenberg | **RAKOCZY MOLING MAZZOCHI** |
| **WILLIAMS & CONNOLLY LLP** | **SIWIK LLP** |
| 680 Maine Avenue SW | 6 West Hubbard Street, Suite 500 |
| Washington, DC 20024 | Chicago, Illinois 60654 |
| (202) 434-5000 | (312) 527-2157 |
| dberl@wc.com | kwarner@rmmslegal.com |
| ebaumgarten@wc.com | wrakoczy@rmmslegal.com |
| khoagland-hanson@wc.com | paul@rmmslegal.com |
| rebeccacarter@wc.com | ggoldblatt@rmmslegal.com |

felenberg@wc.com

*Attorneys for Defendants*
*Natco Pharma Ltd. and Natco Pharma, Inc.*

*Attorneys for Plaintiffs*
*AstraZeneca Pharmaceuticals LP,*
*AstraZeneca UK Limited, Kudos*
*Pharmaceuticals Limited, The University of*
*Sheffield, and MSD International Business*
*GmbH.*

*s/ William P. Murtha*
Eric I. Abraham
William P. Murtha
**HILL WALLACK LLP**
21 Roszel Road
Princeton, NJ 08540
(609) 924-0808
eabraham@hillwallack.com

Of Counsel:
Laura A. Lydigsen
Mark. H. Remus
Mary E. LaFleur
**CROWELL & MORING LLP**
555 N. Cityfront Plaza Drive, Suite 3600
Chicago, Illinois 60611
(312) 321-4894
llydigsen@crowell.com
mremus@crowell.com
mlafleur@crowell.com

Ryan Seewald
**CROWELL & MORING LLP**
1601 Wewatta Street
Suite 815
Denver, CO 80202
(303) 524-8660
rseewald@crowell.com

*Attorneys for Defendants*
*Sandoz Inc.*

**IT IS SO ORDERED.**

Dated: March 27 , 2024

**IT IS FURTHER ORDERED** that no later than 4/5/2024, the parties shall submit a proposed amended pretrial scheduling order and proposed amended discovery confidentiality order. In their proposed amended pretrial scheduling order, the parties shall advise whether the status telephone conference currently set to take place on 4/22/2024 should be adjourned in light of the consolidation of the above-captioned cases.

s/Tonianne J. Bongiovanni
_____
TONIANNE J. BONGIOVANNI
United States Magistrate Judge