Eric I. Abraham (eabraham@hillwallack.com)
William P. Murtha (wmurtha@hillwallack.com)
**HILL WALLACK LLP**
21 Roszel Road
Princeton, NJ 08540
T: (609) 924-0808
F: (609) 452-1888

Laura A. Lydigsen (*pro hac vice* pending)
Mark H. Remus (*pro hac vice* pending)
Mary E. LaFleur (*pro hac vice* pending)
**CROWELL & MORING LLP**
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL 60611
T: (312) 321-4200
F: (312) 321-4299
llydigsen@crowell.com
mremus@crowell.com
mlafleur@crowell.com

Ryan Seewald (*pro hac vice* pending)
**CROWELL & MORING LLP**
1601 Wewatta Street, Suite 815
Denver, CO 80202
T: (303) 524-8660
rseewald@crowell.com

*Attorneys for Defendant Sandoz Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD and MSD INTERNATIONAL BUSINESS GMBH,<br><br>     Plaintiffs,<br><br>     v.<br><br>NATCO PHARMA LIMITED and NATCO PHARMA, INC., | Civil Action No.: 3:23-cv-796<br>(Consolidated) |

|  |  |
|---|---|
| Defendants.<br><br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br><br>ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>Plaintiffs,<br><br>  v.<br><br>SANDOZ INC.,<br><br>Defendant. | Civil Action No.:  3:24-cv-641 |

### SANDOZ INC.'S FED. R. CIV. P. 7.1
### <u>AMENDED CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sandoz Inc. states as follows:

1. Sandoz Inc. is a wholly owned direct subsidiary of Sandoz AG.  Sandoz Inc. is also an indirect subsidiary of Sandoz Group AG.

2. Sandoz Group AG is traded on the SIX Swiss Stock Exchange under the symbol SDZ, and its American Depository Shares trade on OTCQX under the symbol SDZNY.

3. Sandoz AG is not publicly traded.

4. No other publicly held corporation owns 10% or more of Sandoz Inc.'s stock.

| | |
|---|---|
| Dated: April 5, 2024 | Respectfully submitted,<br><br>/s/ Eric I. Abraham<br><br>Eric I. Abraham (eabraham@hillwallack.com)<br>William P. Murtha (wmurtha@hillwallack.com)<br>**HILL WALLACK LLP**<br>21 Roszel Road<br>Princeton, NJ 08540<br>T: (609) 924-0808<br>F: (609) 452-1888<br><br>Laura A. Lydigsen (*pro hac vice* pending)<br>Mark H. Remus (*pro hac vice* pending)<br>Mary E. LaFleur (*pro hac vice* pending)<br>**CROWELL & MORING LLP**<br>455 North Cityfront Plaza Drive<br>NBC Tower, Suite 3600<br>Chicago, IL 60611<br>T: (312) 321-4200<br>F: (312) 321-4299<br>llydigsen@crowell.com<br>mremus@crowell.com<br>mlafleur@crowell.com<br><br>Ryan Seewald (*pro hac vice* pending)<br>**CROWELL & MORING LLP**<br>1601 Wewatta Street<br>Suite 815<br>Denver, CO 80202<br>T: (303) 524-8660<br>F: (303) 524-8650<br>rseewald@crowell.com<br><br>*Attorneys for Defendant Sandoz Inc.* |