UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> NATCO PHARMA LIMITED and NATCO PHARMA INC., <br><br> Defendants. | Honorable Robert Kirsch, U.S.D.J. <br><br> Civil Action No. 23 CV 796 (RK)(TJB) (Consolidated) <br><br><br> **AMENDED SCHEDULING ORDER** |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ, INC., <br><br> Defendant. | Honorable Robert Kirsch, U.S.D.J. <br><br> Civil Action No. 24 CV 641 (RK)(TJB) (Consolidated) |

**THIS MATTER**, being opened to the Court upon the request of the parties for entry of an Amended Scheduling Order; and whereas, these matters have recently been consolidated (ECF No. ___), and all Counsel having met and conferred and agreed upon an amended consolidated schedule for this matter, and for good cause shown;

1

IT IS on this __23__ day of April, 2024,

**ORDERED,** as follows:

1. The following deadlines shall be set as follows:

| Event | Proposed Date |
|---|---|
| Sandoz's Answer and production of ANDA pursuant to L. Pat. R. 3.6(a) | April 5, 2024 |
| Plaintiffs' Disclosure of Asserted Claims against Sandoz pursuant to L. Pat. R. 3.6(b) | April 19, 2024 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) (Plaintiffs and Sandoz only) | April 19, 2024 |
| Defendants' Invalidity Contentions regarding the '464 and '562 patents, pursuant to L. Pat. R. 3.6(c), including disclosures required under L. Pat. R. 3.3 and document production pursuant to L. Pat. R. 3.4(b) and (c) | May 3, 2024 |
| Defendants' Noninfringement Contentions regarding the '464 and '562 patents, pursuant to L. Pat. R. 3.6(e), including disclosures pursuant to L. Pat. R. 3.6(f) | May 3, 2024 |
| Status Conference | April 22, 2024 at 10AM |
| Plaintiffs' Responses to Defendants' Invalidity Contentions regarding the '464 and '562 patents, pursuant to L. Pat. R. 3.6(i), including production of any document or thing that the party intends to rely on in support of its responses | May 24, 2024 |
| Plaintiffs' Infringement Contentions regarding the '464 and '562 patents, pursuant to L. Pat. R. 3.6(g), including disclosures required by L. Pat. R. 3.1 and document production pursuant to L. Pat. R. 3.2 | May 24, 2024 |
| Sandoz's Invalidity Contentions regarding the '842 and '396 patents, pursuant to L. Pat. R. 3.6(c), including disclosures required by L. Pat. R. 3.3 and document production pursuant to L. Pat. R. 3.4(b) and (c) | May 31, 2024 |
| Sandoz's Noninfringement Contentions regarding the '842 and '396 patents, pursuant to L. Pat. R. 3.6(e), including disclosures pursuant to L. Pat. R. 3.6(f) | May 31, 2024 |
| Plaintiffs' Responses to Sandoz's Invalidity Contentions regarding the '842 and '396 patents, pursuant to L. Pat. R. 3.6(i), including production of any document or thing that the party intends to rely on in support of its responses | June 28, 2024 |
| Plaintiffs' Infringement Contentions regarding the '842 and '396 patents, pursuant to L. Pat. R. 3.6(g), including disclosures required by L. Pat. R. 3.1 and document production pursuant to L. Pat. R. 3.2 | June 28, 2024 |

| Event | Proposed Date |
|---|---|
| Exchange proposed claim terms for construction pursuant to L. Pat. R. 4.1(a) | July 12, 2024 |
| Exchange preliminary proposed claim constructions and identification of intrinsic and extrinsic evidence pursuant to L. Pat. R. 4.2(a)-(b) | July 26, 2024 |
| Exchange identifications of all rebuttal intrinsic and extrinsic evidence pursuant to L. Pat. R. 4.2(c) | August 9, 2024 |
| Status Conference | July 15, 2024 at 10AM |
| Joint Claim Construction and Prehearing Statement pursuant to L. Pat. R. 4.3(a)-(e) | August 23, 2024 |
| Completion of Claim Construction Discovery pursuant to L. Pat. R. 4.4. | September 13, 2024 |
| Opening Markman Submissions pursuant to L. Pat. R. 4.5(a) | October 11, 2024 |
| Completion of expert discovery related to Claim Construction pursuant to L. Pat. R. 4.5(b) | November 8, 2024 |
| Responsive Markman Submissions pursuant to L. Pat. R. 4.5(c) | December 6, 2024 |
| Proposed schedule to the Court for Claim Construction Hearing pursuant to L. Pat. R. 4.6 | December 20, 2024 |
| Claim Construction Hearing | February 2025 (subject to Court's availability) |
| Substantial completion of document production | March 21, 2025 |
| **Close of fact discovery** | **June 27, 2025** |
| Opening expert reports on claims and defenses for which each party bears the burden of proof | August 15, 2025 |
| Rebuttal expert reports (and opening report on objective indicia by Plaintiffs) | October 3, 2025 |
| Reply expert reports | October 31, 2025 |
| | |
| **Close of expert discovery** | **December 19, 2025** |
| Opening Summary Judgment and *Daubert* motions | January 9, 2026 |
| Oppositions to Summary Judgment and *Daubert* motions | February 6, 2026 |
| Replies to Summary Judgment and *Daubert* motions | February 20, 2026 |
| Submission of Joint Pretrial Order | March 20, 2026 |

3

| Event | Proposed Date |
|---|---|
| Pretrial Conference / Trial ready | April 2026 |

*To Teset*

_____
Honorable Tonianne J. Bongiovanni, U.S.M.J.

4