| | |
|---|---|
| Charles H. Chevalier<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>(973) 596-4611<br>cchevalier@gibbonslaw.com<br><br>*Counsel for Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, Kudos Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH* | OF COUNSEL:<br><br>David I. Berl<br>Elise M. Baumgarten<br>Kevin Hoagland-Hanson<br>Falicia Elenberg<br>Nicholas Vincent<br>Max Accardi<br>Williams & Connolly LLP<br>680 Maine Avenue SW<br>Washington, DC 20024<br>(202) 434-5000<br>dberl@wc.com<br>ebaumgarten@wc.com<br>khoagland-hanson@wc.com<br>felenberg@wc.com<br>nvincent@wc.com<br>maccardi@wc.com |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>SANDOZ INC.,<br><br>      *Defendant*. | Civil Action No. 3:24-641<br><br>**MSD INTERNATIONAL BUSINESS GMBH'S AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>*Document Filed Electronically* |

      Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Plaintiff MSD International Business GmbH hereby states that Merck & Co., Inc., a publicly-held company, is the ultimate parent company of MSD International Business GmbH.  No other publicly-held corporation owns 10% or more of the stock in MSD International Business GmbH.

Dated:  June 5, 2024

Respectfully Submitted by:

s/ Charles H. Chevalier
Charles H. Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevalier@gibbonslaw.com

OF COUNSEL:

David I. Berl
Elise M. Baumgarten
Kevin Hoagland-Hanson
Falicia Elenberg
Nicholas Vincent
Max Accardi
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
ebaumgarten@wc.com
khoagland-hanson@wc.com
felenberg@wc.com
nvincent@wc.com
maccardi@wc.com

*Counsel for Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, Kudos Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH*